

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0090

FILED

06/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0090

IN THE MATTER OF THE APPOINTMENT
OF MEMBERS TO THE COMMISSION ON
PRACTICE OF THE SUPREME COURT OF
THE STATE OF MONTANA

FILED

JUN 30 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to Section I of the Rules Establishing the Commission on Practice of the Supreme Court of the State of Montana (COP), an Order was issued May 21, 2020, requesting that the Honorable John W. Parker conduct an election for appointment to the COP among the resident members of the State Bar in COP Area D, and to certify to this Court the results of that election.

The election was held, and the Judge Parker has certified the results to this Court. By Rule this Court is obligated to appoint from a list of the top three candidates who received votes in this region. The Court extends its gratitude to all attorneys who expressed an interest in serving on the Commission.

Based on the election results, the Court hereby appoints the following member to the Commission on Practice of the Supreme Court of the State of Montana:

Area D:
Jean Faure
P.O. Box 2466
Great Falls, MT 59403

Effective the date of this Order, Ms. Faure is appointed to a four-year term to expire on June 20, 2024.

The Clerk is directed to mail a copy of this Order to the Secretary of State of the State of Montana for filing, to the Honorable John W. Parker, to Jean Faure, to the State

Bar of Montana, to each member of the Commission on Practice, and to Shelly Smith, Office Administrator for the Commission on Practice.

Dated this 30th day of June, 2020.

 

 

_____
Chief Justice

 

_____

_____

_____

_____

_____

_____
Justices